PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Patrick Delfosse**                              Docket No. 13-234-01

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Daniela Guido** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Patrick Delfosse**, who was placed under pretrial release supervision by the **Honorable Mary L. Cooper** sitting in the Court on September 5, 2013 on a $100,000 Unsecured Appearance Bond co-signed by one individual approved by Pretrial Services with the following conditions:

1. Pretrial Services supervision
2. Surrender all passports and travel documents to Pretrial Services. Do not apply for travel documents
3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services
4. Substance abuse testing and/or treatment as directed by Pretrial Services
5. Maintain a residence approved by Pretrial Services.

On March 16, 2015, the defendant was sentenced to six months incarceration and six months supervised release. He subsequently received a voluntary surrender date of May 15, 2015.

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER the defendant's surrender date changed to May 18, 2015.

ORDER OF COURT

Considered and ordered this 15th day of May, 2015 and ordered filed and made a part of the records in the above case.

_____
Mary L. Cooper
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      5/15/15

_____
Daniela Guido
Supervisory U.S. Pretrial Services Officer